# CASE ANNOUNCEMENTS

*June 22, 2011*

[Cite as *06/22/2011 Case Announcements*, 2011-Ohio-2905.]

## MERIT DECISIONS WITHOUT OPINIONS

2011–0554.  [State ex rel.] Pitts v. Court of Appeals, Sixth Appellate Dist.
In Mandamus. On motion to dismiss. Motion to dismiss granted. Cause dismissed.
   O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, LANZINGER, CUPP, and MCGEE BROWN, JJ., concur.
   O'DONNELL, J., dissents and would grant an alternative writ.

2011–0560.  State ex rel. Richardson v. Gallagher.
In Procedendo. On motion to dismiss. Motion to dismiss granted. Cause dismissed.
   O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, O'DONNELL, LANZINGER, CUPP, and MCGEE BROWN, JJ., concur.

2011–0603.  State ex rel. Earhart v. Court of Appeals, First Appellate Dist.
In Mandamus. On motion to dismiss. Motion to dismiss granted. Cause dismissed.
   O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, O'DONNELL, LANZINGER, CUPP, and MCGEE BROWN, JJ., concur.